**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------x
```
THE UNITED STATES OF AMERICA *ex rel.*          :
KEITH EDWARDS,                                   :
                                                 :
        Plaintiff/Relator,          :
                                                 :
      v.                                 :
                                                 :
JPMORGAN CHASE BANK, N.A., and                   :       13 Civ. 0220 (JPO)
JPMORGAN CHASE & CO.,                            :
                                                 :
        Defendants.                  :
```
--------------------------------------------------------------x
```
UNITED STATES OF AMERICA,                        :       **ORDER**
                                                 :
        Plaintiff,                   :
                                                 :
      v.                                 :
                                                 :
JPMORGAN CHASE BANK, N.A., and                   :
JPMORGAN CHASE & CO.,                            :
                                                 :
        Defendants.                  :
```
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/14

WHEREAS, by notice dated February 4, 2014, the United States of America has

intervened in the above-captioned *qui tam* action as against defendants JPMorgan Chase Bank,

N.A., and JPMorgan Chase & Co., pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2)

and (4).

IT IS HEREBY ORDERED that:

1.     The seal shall be lifted as to this Order and any matter occurring in this action

hereafter.

2.     All documents filed before February 4, 2014, in the Court's file in this action shall

remain under seal and shall not be made public, except for the relator's amended complaint.

SO ORDERED:

Dated: New York, New York
       February ⁴⁄ , 2014

_____
HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

2