# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Alexander H. Southwell
Direct: 212.351.3981
Fax: 212.351.6281
ASouthwell@gibsondunn.com

Client: T 46379-00006

April 4, 2014

BY ECF

Hon. J. Paul Oetken
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *United States of America ex rel. Keith Edwards v. JPMorgan Chase Bank, N.A., et al.*, No. 13 Civ. 0220 (JPO)

Dear Judge Oetken:

I write on behalf of defendants JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. (collectively, "Chase") in connection with the above-referenced action. Plaintiff Keith Edwards (the "Relator") and Chase have reached an agreement in principle to resolve the Relator's motion for attorneys' fees and expenses, which was filed on March 17, 2014 (Dkt. 19). The Relator and Chase respectfully request that the Court (i) hold the Relator's motion in abeyance and (ii) stay the current deadlines of April 7, 2014, for Chase's opposition and April 17, 2014, for Relator's reply while the parties finalize their agreement. The Relator and Chase will promptly inform the Court when the parties' agreement is finalized.

Respectfully submitted,

Alexander H. Southwell

Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich • New York
Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.