

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 2, 2014

BY ECF
Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *United States of America* ex rel. *Keith Edwards v. JPMorgan Chase Bank,*
      *N.A., et al.*, No. 13 Civ. 0220 (JPO)

Dear Judge Oetken:

  This Office represents the United States of America (the "Government") in the above-referenced action against JPMorgan Chase Bank, N.A., and JPMorgan Chase & Co. (collectively, "Chase"), which was settled on February 5, 2014.  We are in receipt of non-party Anthony L. Viola's Motion to Intervene and Request for Judicial Documents (dkt. 26), as well as Chase's June 2, 2014 letter seeking (a) guidance from the Court as to whether it desires the parties to submit responses to Mr. Viola's motion and, if so, (b) a response deadline of June 20, 2014.  The Government respectfully requests that if the Court would like the parties to submit responses to Mr. Viola's motion, that it too be afforded until June 20, 2014, to submit its response.[1]

---

[1] Like Chase, undersigned counsel first received notice of Mr. Viola's motion on May 29, 2014.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:    /s/Christopher B. Harwood
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
Telephone: (212) 637-2728
Facsimile:  (212) 637-2786
Email:  christopher.harwood@usdoj.gov

Copy to:

Anthony L. Viola (via U.S. Mail)
Counsel of Record (via ECF)