

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 18, 2014

**By ECF**
Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *United States of America* ex rel. *Keith Edwards v. JPMorgan Chase Bank,*
      *N.A., et al.*, No. 13 Civ. 0220 (JPO)

Dear Judge Oetken:

  We represent the United States of America ("government") in the above-referenced mortgage-fraud case, and write respectfully in connection with the "Motion to Intervene and Request for Judicial Documents" filed by non-party Anthony Viola. *See* Dkt. 26. We submitted our response to that motion by letter dated June 20, 2014. *See* Dkt. 32. Since then, Judge Kaplan denied a similar motion that Mr. Viola filed in *United States v. Deutsche Bank, AG*, 11 Civ. 2976 (LAK) ("*Deutsche Bank*"), "substantially for the reasons set forth in the government's letter dated May 23, 2014." *See Deutsche Bank*, Dkt. 55. The reasons the government gave in its May 23, 2014 letter for denying Mr. Viola's motion in the *Deutsche Bank* case are substantively identical to the reasons the government has given for denying Mr. Viola's motion here. For the Court's convenience, we are attaching hereto as Exhibits A and B, respectively, the government's May 23, 2014 letter in the *Deutsche Bank* case and Judge Kaplan's decision denying Mr. Viola's motion in that case.

              Respectfully submitted,

              PREET BHARARA
              United States Attorney

      By: /s/ Christopher B. Harwood
         CHRISTOPHER B. HARWOOD
         Assistant United States Attorney
         Telephone: (212) 637-2728
         E-mail: christopher.harwood@usdoj.gov

Copy to:
      Anthony L. Viola (via U.S. Mail)
      Counsel of Record (via ECF)