FRANCISE M. KELLEY
6503 Barkston Trace
Douglasville, Georgia  30135
(470) 246-2088

June 23, 2014

VIA: U.S. Overnight Delivery

Ms. Ruby J. Krajick
Clerk of Court
Pro Se Division
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007-1312

RE:   **United States of America ex rel. Keith Edwards, Intervenor/Relator, vs. JPMorgan Chase Bank, NA, and JPMorgan Chase & Co., Civil Action File No.: 13Civ. 0220-JPO**

Dear Ms. Krajick:

Please allow the record to reflect Intervenor's intent to mail Intervenor's Reply Brief In Support of Motion to Intervene on Friday, August 1, 2014 through U.S. Overnight mail, as it relates to the letter JPMorgan filed in the Court.  In addition, Intervenor's Reply reply brief in response to the U.S. Attorney's Office for New York will be mailed Tuesday, August 5, 2014 through U.S. Overnight Mail and Request for **Oral Argument-Hearing**, as well.

Meanwhile, please allow the record to reflect Intervenor's Intent to retain legal representation within the next thirty (30) days.  Intervenor will file the appropriate pleading informing the Court of Plaintiff's recent efforts through communications with prospective counsel in the D.C. area and locally, and request for stay of a ruling for the next thirty (30) days pending Notice of Appearance by prospective counsel.

I have three copies of this correspondence in an effort to comply with the Court's Pro Se notice requirements.  I would appreciate your office submitting a copy of this correspondence to the Honorable J. Paul Oetken.  I appreciate your time, efforts and cooperation in advance.

Should you have any questions, please contact me at the above number.

Sincerely,

Francise M. Kelley

FMK
Enclosures
cc: Honorable J. Paul Oetken
    United States Department of Justice
    Counsel of Record

RECEIVED
JUL 29 2014
PRO SE OFFICE

